**No. 11-5372. Eric Cathcart, Petitioner v. Corrections Corporation of America, et al.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5692.

October 3, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Oklahoma, First Division, denied.

**No. 11-5374. Carey D. Edwards, Petitioner v. Oregon Board of Parole and Post-Prison Supervision.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5528.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 239 Or. App. 629, 246 P.3d 755.

**No. 11-5375. Edward Roy Newsome, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5812.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5376. Charles E. Jones, Petitioner v. Carol R. Howes, Warden.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5419.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5377. Eric Watkins, Petitioner v. Anthony Haynes, Warden.**

565 U.S. 904, 132 S. Ct. 303, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5582.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5378. Kelvin Neal Williams, Petitioner v. John F. Salazar, Warden.**

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5587.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5379. Jason Spencer Weeks, Petitioner v. United States.**

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5736.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5380. Calvin L. Goddard, Petitioner v. United States.**

565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 185, 2011 U.S. LEXIS 5684.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 638 F.3d 490.